**2009–2221. Cramer v. State.**

Warren App. No. CA2009–06–080. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–2355. In re Adoption of G.V.**

Lucas App. No. L–09–1160, 2009-Ohio-6338. Discretionary appeal accepted on Proposition of Law No. I.

Pfeifer, Lundberg Stratton, and Cupp, JJ., would also accept the appeal on Proposition of Law No. II.

O'Donnell, J., dissents.

Cause to be argued the same day as 2009–1757, *In re P.A.C.,* Hamilton App. No. C–081149, 2009-Ohio-4492.